IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LORENZO URESTI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-22-CV-577-FB |
| | § | |
| DEPARTMENT OF VETERANS AFFAIRS; | § | |
| VA PROSTHETICS DEPARTMENT; | § | |
| JOHNNY MEJIA; and ELIZABETH | § | |
| SHELLMAN, | § | |
| | § | |
| Defendants. | § | |

## **J U D G M E N T**

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Motion to Dismiss filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion to Dismiss (docket #3) is GRANTED such that all of plaintiff's claims and this case are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Motions pending, if any, are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE